```
 1  GARY M. RESTAINO
    United States Attorney
 2  District of Arizona
    MATTHEW D. DOYLE
 3  Arizona State Bar No. 036235
    CHRISTINE D. KELLER
 4  Illinois State Bar No. 6281316
    Assistant United States Attorneys
 5  Two Renaissance Square
    40 N. Central Ave., Suite 1800
 6  Phoenix, Arizona 85004
    Telephone: 602-514-7500
 7  Email: Matthew.Doyle@usdoj.gov
    Email: Christine.Keller@usdoj.gov
 8  Attorneys for Plaintiff
```

FILED ___ LODGED
___ RECEIVED ___ COPY

JAN 0 3 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-24-00031-PHX-SMB (ASB) |
|---|---|
| Plaintiff, | **INDICTMENT** |
| vs. | VIO: 49 U.S.C. § 46504 |
| Aliyah Robyn Stalder, | Interference with Flight Crew Member/Flight Attendant |
| Defendant. | Count 1 |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about February 9, 2023, in the District of Arizona and elsewhere, defendant, ALIYAH ROBYN STALDER, while on Alaska Airlines Flight 696, an aircraft en route from Seattle, Washington to Phoenix, Arizona, and within the special aircraft jurisdiction of the United States, did knowingly interfere with and lessen the ability of J.C., a flight crew member and flight attendant of the aircraft, to perform her duties, by assaulting J.C. while the aircraft was in flight.

In violation of Title 49, United States Code, Section 46504.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: January 3, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona

/s/
MATTHEW D. DOYLE
CHRISTINE D. KELLER
Assistant U.S. Attorneys